IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS ALBANI, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 09-4790 |
| UNITED STATES OF AMERICA, et al., | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 25th day of October, 2010, upon consideration of the Motion to Dismiss filed by Defendants Leo Jackson and Victoria Jones (Doc. No. 19), and the Responses and Replies thereto, it is hereby **ORDERED** that said Motion is **GRANTED**.[1]

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE

---

[1] With the granting of the instant Motion, all claims against all Defendants in this matter have been dismissed with the exception of a lone 42 U.S.C. § 1983 claim against Defendant Detective M. Wojciechowski.